Melissa A. Higbee, Esq., SBN 030812012
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste. 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 Facsimile
mclark@higbeeassociates.com

*Attorney for Plaintiff,*
CHRISTOPHER SADOWSKI

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>ZAMAN, LTD.,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR BENCH TRIAL** |

Plaintiff, Christopher Sadowski, for his Complaint against Defendant, Zaman, Ltd., alleges as follows:

### INTRODUCTION

1. Christopher Sadowski (hereinafter "Plaintiff"), by Plaintiff's attorneys, brings this action to challenge the actions of Zaman, Ltd. (hereinafter "Defendant"), with regard to the unlawful use of a copyrighted image (hereinafter "Image") owned by Plaintiff, and this conduct caused Plaintiff damages.

1

2. For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendant(s) named in this caption.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, whereby the Defendant violated Plaintiff's exclusive rights as copyright owner pursuant to 17 U.S.C. § 106.

4. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

5. This Court has personal jurisdiction over Defendants because Defendant has an established and principal place of business in the State of New Jersey, Defendant's acts of infringement complained of herein occurred in the State of New Jersey, and Defendants caused injury to Plaintiff in his intellectual property within the State of New Jersey.

//
//
//
//

6. Venue is proper pursuant to 28 U.S.C. § 1391(b) because the Defendants reside in this judicial district and a substantial part of the events giving rise to Plaintiff's claim occurred in this judicial district. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendants reside, committed the acts of infringement, and have a regular and established place of business in this judicial district.

## PARTIES

7. Plaintiff is a natural person who resides in the City of Hawthorne in the State of New Jersey and is a professional photographer by trade.

8. Plaintiff is a "copyright owner" who holds "exclusive rights" to his "copyrighted work[s]" pursuant to 17 U.S.C. §§ 101 and 106.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a business entity residing in the City of Carlstadt, in the State of New Jersey, and conducted business within the City of Carlstadt, in the State of New Jersey.

10. Plaintiff is informed and believes, and thereon alleges, that Defendant is a business entity that unlawfully published one of Plaintiff's copyrighted works without Plaintiff's express or implied authority, by the method of a license.

//

## **FACTUAL ALLEGATIONS**

11.  At all times relevant, Plaintiff was an individual residing within the State of New Jersey and within this judicial district.

12.  Plaintiff is informed and believes, and thereon alleges, that at all times relevant, Defendant was a business entity with its principal place of business in the State of New Jersey.

13.  Plaintiff is a professional photographer by trade. Plaintiff is regularly contracted to take photographs for organizations such as the New York Post. His photographs appear in numerous news publications, magazines, books, television programs and other media. He sells or licenses photography to people and companies seeking to make use of the photographs for editorials, advertisements and pecuniary gain. Plaintiff's livelihood is dependent on receiving compensation for the photographs he produces.

14.  Plaintiff took the original Image, *See* Original Image attached hereto as "Exhibit A".

15.  Plaintiff has ownership rights and copyrights to the Image.

16.  Plaintiff has registered the Image with the United States Copyright Office under registration number VA 1-919-173.

17.  Plaintiff did not consent to authorize, permit, allow in any manner the use of the Image by Defendant.

18.     Plaintiff is informed and believes that Defendant used Plaintiff's copyrighted work without his permission and that it published, communicated, benefited through, posted, publicized and otherwise held out to the public for commercial benefit, the original and unique works of Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

19.     Plaintiff is informed and believes that Defendant used the Image on Defendant's website http://zamanamerika.com/ from on or before November 7, 2015 to present, *See* Screenshots of Defendant's use attached hereto as "Exhibit B".

20.     As of March 13, 2017, Plaintiff's Image is still located and accessible on Defendant's webpage and website server located at http://zamanamerika.com/ allowing for further public access and downstream infringement. *See* Current Screenshots attached hereto as "Exhibit C."

21.     Defendant used the Image to promote the Defendant's website despite its knowledge that the Image is subject to copyright.

22.     Plaintiff did not consent to the use of his Image for commercial gain.

//

//

//

//

# FIRST CAUSE OF ACTION

## COPYRIGHT INFRINGEMENT Title 17 of the United States Code

23. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

24. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original materials and/or work.

25. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon Plaintiff's copyrighted works in violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique work of the Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

26. As a result of Defendant's violation of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b) or statutory damages in an amount up to $150,000.00 pursuant to 17 U.S.C. § 504(c).

27. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

28. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant

- Awarding statutory damages in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c) from Defendant;

- Awarding costs of litigation and reasonable attorney's fees pursuant to 17 U.S.C. § 505 from Defendant;

- Enjoining the Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

- Awarding any other relief the Court deems just and proper.

Dated: March 13, 2017               Respectfully submitted,

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
NJ Bar No. 030812012
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 Facsimile
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Christopher Sadowski, hereby demands a trial by jury in the above matter.


Dated: March 13, 2017                         Respectfully submitted,


**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
NJ Bar No. 030812012
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 Facsimile
*Attorney for Plaintiff*